UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Victor Manuel Celorio, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-00821-GMS |
| | ) | |
| On Demand Books LLC, | ) | |
| a Delaware Corporation | ) | JURY TRIAL DEMANDED |
| | ) | |
| John Does 1 through 3, | ) | |
| | ) | |
| Defendants. | ) | |

**ON DEMAND BOOKS' MOTION TO STAY LITIGATION
PENDING REEXAMINATION OF THE PATENT-IN-SUIT
BY THE U.S. PATENT AND TRADEMARK OFFICE**

Defendant, On Demand Books, LLC ("ODB"), hereby moves this Court To Stay Litigation Pending Reexamination Of The Patent-In-Suit By The U.S. Patent and Trademark Office ("PTO") (the "Motion"). In support of the Motion, ODB relies upon the accompanying Appendix of Exhibits and its Opening Brief.

On February 5, 2013, the PTO recently granted Defendant's (ODB's) Request for reexamination of the patent-in-suit: U.S. Patent No. 6,012,890 ("the '890 Patent"). In the reexamination recently ordered by the PTO, the PTO will determine whether the claims for which Reexamination was requested of the '890 Patent (the great majority of the claims of the patent-in-suit) are invalid in view of various prior art patents, applications and publications.

Accordingly, as fully explained in the accompanying Opening Brief, to promote judicial economy and avoid wasting time and resources litigating claims and issues that likely will not exist after the requested reexamination is complete, Defendant ODB respectfully requests that

the Court issue an order staying this litigation pending the conclusion of the reexamination of the '890 Patent.

WHEREFORE, for the foregoing reasons and the reasons stated in the accompanying Opening Brief, Defendant On Demand Books LLC respectfully requests that the Court stay the pending civil action pending reexamination of the Patent-in-Suit by the U.S. Patent and Trademark Office and appeals therefrom, and grant such other and further relief as the Court deems just and equitable.

Dated: February 12, 2013
      Wilmington, Delaware

Respectfully submitted,

/s/Jami B. Nimeroff
Jami B. Nimeroff (DE Id. No. 4049)
BROWN STONE NIMEROFF LLC
901 N. Market Street, Suite 1300
Wilmington, Delaware 19801
(302) 428-8142 (Telephone)
(302) 351-2744 (Facsimile)

and

William B. Cunningham, Jr. (*pro hac vice*)
Nelson D. Nolte (*pro hac vice*)
Polster, Lieder, Woodruff & Lucchesi, L.C.
12412 Powerscourt Dr. Suite 200
St. Louis, MO 63131
(314) 238-2400 (Telephone)
(314) 238-2401 (Facsimile)
*Attorneys for On Demand Books LLC*