**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE (WILMINGTON)**

| | |
|---|---|
| Victor Manuel Celorio, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:12-cv-00821-UNA-GMS ) |
| On Demand Books LLC, a Delaware Corporation | ) ) JURY TRIAL DEMANDED ) |
| John Does 1 through 3, | ) ) |
| Defendants | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Now come Plaintiff, Victor Manuel Celorio, and Defendants, On Demand Books LLC and the un-named Defendants, John Does 1 - 3, and jointly stipulate and agree that the above-captioned action and all counter-claims be forthwith dismissed with prejudice.

Plaintiff, Victor Manuel Celorio

By: _/s/ Victor M. Celorio_
Victor Manuel Celorio
12300 NW 56th Avenue
Gainesville, FL 32653

Date: 07.21.2015

Defendants, On Demand Books, LLC and John Does 1 – 3.

/s/Jami B. Nimeroff
Jami B. Nimeroff (DE Id. No. 4049)
Brown McGarry Nimeroff LLC
901 N. Market Street, Suite 1300
Wilmington, Delaware 19801
(302) 428-8142 (Telephone)
(302) 351-2744 (Facsimile)

And

_William B. Cunningham_ 7/28/2015
William B. Cunningham, Jr. (pro hac vice)
Nelson D. Nolte (pro hac vice)
Polster, Lieder, Woodruff & Lucchesi, L.C.
12412 Powerscourt Dr. Suite 200
St. Louis, MO 63131
(314) 238-2400 (Telephone)
(314) 238-2401 (Facsimile)
Attorneys for On Demand Books LLC